GEAUGA COUNTY BAR ASSOCIATION *v.* HALL.

[Cite as Geauga Cty. Bar Assn. *v.* Hall (1988), 38 Ohio St. 3d 342.]

(No. D.D. 88-1—Submitted March 16, 1988—Decided September 7, 1988.)

*Daniel Earl Bond, Woodard & Griffiths* and *David E. Griffiths,* for relator.

*Ulrich & Cantor* and *Abraham Cantor,* for respondent.

*Per Curiam.* This court's review of the record also supports that respondent's conduct violated DR 1-102(A)(3), 1-102(A)(4), 1-102(A)(6), 9-102(B)(3), and 9-102(B)(4). In the past, we have responded to misconduct like respondent's by suspending the violator indefinitely from the practice of law in Ohio. *Disciplinary Counsel* v. *Heck* (1984), 15 Ohio St. 3d 33, 15 OBR 133, 472 N.E. 2d 694; *Bar Assn. of Greater Cleveland* v. *Schnittger* (1983), 3 Ohio St. 3d 26, 3 OBR 497, 445 N.E. 2d 662. As a result, we must reject the sanction recommended by the board. Respondent is hereby ordered indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

LOCHER, J., not participating.